FANNIE BERGER, Respondent, v. MURRAY J. BERGER, Appellant. (Appeal No. 1.) — Order granting plaintiff's motion for alimony *pendente lite* and counsel fee and directing that she have possession, free of rent, of the apartment occupied by her affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

FANNIE BERGER, Respondent, v. MURRAY J. BERGER, Appellant. (Appeal No. 2.) — Order denying motion to vacate order of sequestration reversed upon the law and the facts, without costs, and motion granted to the extent of providing for the substitution, within five days from the entry of the order herein, of a bond, with corporate surety, in the sum of $5,000 to secure the payment of alimony due and to become due under the order directing the payment thereof. In the event that such undertaking be not given, the order is affirmed, with ten dollars costs and disbursements. The defendant is entitled to this provision under section 1171 of the Civil Practice Act. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

FRANK E. BOSWORTH, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ELMORE E. BUTTERFIELD, Respondent, v. LONG ISLAND STAR PUBLISHING COMPANY, Appellant.— Order, in so far as it denies defendant's motion for judgment on the pleadings dismissing the complaint as to the first and second causes of action, affirmed, without costs. In so far as it grants plaintiff's motion to strike out certain defenses to the first and second causes of action the order is reversed upon the law, without costs, and motion denied, upon the ground that the defenses pleaded are sufficient in law. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JOSEPH CAMPAGNA, Appellant, v. RALPH SABATINI, Defendant; KASROSE DEVELOPMENT CORPORATION, a Domestic Corporation, and the HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut Corporation, Authorized to Transact Business in New York State, Respondents.— Judgment dismissing complaint reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. In our opinion, the objections made to the notice of lien are without merit. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

IDA CARRINGTON, as Administratrix, etc., of PERCY CARRINGTON, Deceased, Respondent, v. PANAMA MAIL STEAMSHIP COMPANY, Appellant.█— On reargument, order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. In the exercise of its discretion, this court takes jurisdiction of the case. (*Douglas* v. *New Haven R. R. Co.*, 279 U. S. 377.) Lazansky, P. J., Hagarty, Carswell and Scudder, JJ., concur; Tompkins, J., not voting.

EMMA COHEN, Plaintiff, v. SUNMIL REALTY Co., INC., Defendant, and JOSEPH KERSTEIN, Claimant, Appellant; FREDA M. BOCHNER, Claimant, Respondent.— Order denying motion to confirm report of referee and directing payment of surplus moneys affirmed, with costs. No opinion. Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote for reversal.